JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELENA HALL, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>**EXPRESS CONSENT MARKETING LLC,**<br><br>Defendants. | Case No.: 13-cv-438 MMA AJW<br><br>[~~PROPOSED~~] ORDER RE PLAINTIFF'S NOTICE OF REQUEST FOR VOLUNTARY DISMISSAL OF ALL CAUSES OF ACTION WITHOUT PREJUDICE AS TO PLAINTIFF ELENA HALL |

Based upon the Plaintiff's Unilateral Notice of Dismissal, and good cause, this Court hereby orders the action as to Plaintiff ELENA HALL to be, and is, dismissed without prejudice

**IT IS SO ORDERED.**

Dated: __July 17, 2013__

_Margaret M. Morrow_

HON. MARGARET M. MORROW

---

[PROPOSED] ORDER                                          13-CV-438 MMA AJW